

# United States District Court
# Eastern District of California

| | |
|---|---|
| North American Company for Life and Health Insurance | Case Number: 2:23-cv-00574-KJN |
| Plaintiff(s) | |
| V. | |
| Astika Lata, a citizen of California | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Aimee I. Clare hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

North American Company for Life and Health Insurance

On 06/22/2020 (date), I was admitted to practice and presently in good standing in the United States District Court Northern District of Illinois (court). A certificate of good standing from that court is (Please see attached list) submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 4/4/2023         Signature of Applicant: /s/ _____

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Aimee I. Clare |
| Law Firm Name: | Chittenden, Murday & Novotny LLC |
| Address: | 303 West Madison Street |
| | Suite 2400 |
| City: | Chicago    State: IL    Zip: 60606 |
| Phone Number w/Area Code: | (312) 281-3600 |
| City and State of Residence: | Chicago, Illinois |
| Primary E-mail Address: | aclare@cmn-law.com |
| Secondary E-mail Address: | bharris@cmn-law.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Rebekka Martorano |
| Law Firm Name: | The Ryan Law Group |
| Address: | 400 Capitol Mall |
| | Suite 2540 |
| City: | Sacramento    State: CA    Zip: 95814 |
| Phone Number w/Area Code: | (916) 924-1912    Bar # 173600 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 4/17/2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE
JUDGE, U.S. DISTRICT COURT