UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Plaintiff,<br><br>v.<br><br>ASTIKA LATA,<br><br>Defendant. | No.  2:23-cv-00574 KJM CSK<br><br><br>ORDER |

On March 29, 2024, the magistrate judge filed amended findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  That period having passed, neither party has objected to the amended findings and recommendations.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The amended findings and recommendations (ECF No. 22) are adopted in full;
2. Plaintiff's motion for default judgment against Defendant (ECF No. 14) is granted;
3. Judgment is entered against Defendant and the North American Company for Life and Health Insurance Policy No. LB42209912 issued to Defendant is rescinded and set aside as null and void ab initio; and
4. The Clerk of Court is directed to close this case.

DATED: February 20, 2025.

_____
UNITED STATES DISTRICT JUDGE