UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,

        Plaintiff,

  v.

ASTIKA LATA,

        Defendant.

Case No.   2:23-cv-0574 KJM CSK

**DEFAULT JUDGMENT**

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant Astika Lata:

Judgment is entered against Defendant and the North American Company for Life and Health Insurance Policy No. LB42209912 issued to Defendant is rescinded and set aside as null and void ab initio.

February 21, 2025

KEITH HOLLAND, CLERK

By: /s/ A. Benson , Deputy Clerk